IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

ERIC BERNARD HOWARD          )
                             )
v.                           ) NO. 1-12-0004
                             ) JUDGE CAMPBELL
STATE OF TENNESSEE, DEPART-  )
MENT OF CORRECTIONS, et al.  )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 57) and Objections filed by the Plaintiff (Docket No. 60).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, the Motion to Dismiss of Defendants Tennessee Department of Correction, Schofield, Hodge, Rodriguez and Jordan is GRANTED, and Plaintiff's claims against these Defendants are DISMISSED.

Plaintiff's claims against all remaining Defendants are referred back to the Magistrate Judge in accordance with the Court's prior Order. Docket No. 4.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE