IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

ERIC BERNARD HOWARD )
 )
v. ) NO. 1-12-0004
 ) JUDGE CAMPBELL
STATE OF TENNESSEE, DEPARTMENT )
OF CORRECTIONS, et al. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 134), Objections filed by the Plaintiff (Docket Nos. 137, 138 and 139), and a Response to Plaintiff's Objections filed by the Defendants (Docket No.140).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections and Response, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, this action is DISMISSED, and the Clerk is directed to close the file. Any pending Motions are denied as moot. The pretrial conference set for July 29, 2013, in Nashville and the bench trial set for August 6, 2013, in Columbia are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE