UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION


ERIC BERNARD HOWARD      ]
    Plaintiff,          ]
                          ]
v.                        ]      No. 1:12-0004
                          ]      Judge Campbell
TENNESSEE DEPARTMENT OF   ]
CORRECTION, et al.        ]
    Defendants.         ]


**O R D E R**

On July 2, 2013, an order (Docket Entry No.141) was entered dismissing the instant *pro se* prisoner action for failure to exhaust administrative remedies.

Presently before the Court is the plaintiff's Motion (Docket Entry No.155) in opposition to the order of dismissal.

Plaintiff's Motion is his third attempt to persuade the Court that this action was dismissed in error. *See* Docket Entry Nos.145 and 149. The current Motion offers nothing new that has not already been considered and rejected by the Court. Accordingly, plaintiff's Motion in opposition is hereby DENIED.

Also before the Court is plaintiff's "Motion to Compel TRICOR to Relinquish Funds to the Court to pay for the appellate filing fee for the Sixth Circuit"(Docket Entry No.156).

The plaintiff does not aver that TRICOR has denied any request made for the transfer of funds from his inmate trust account to

cover the appellate filing fee. As a consequence, the plaintiff has shown no need for the Court to compel TRICOR in this matter. Plaintiff's Motion to Compel, therefore, has no merit and is also DENIED.

It is so ORDERED.

_____
Todd Campbell
United States District Judge